No. 01–731. GOLDBERG, EXECUTIVE DIRECTOR, CALIFORNIA FRANCHISE TAX BOARD *v.* ELLETT; and SORENSON, EXECUTIVE DIRECTOR, CALIFORNIA STATE BOARD OF EQUALIZATION *v.* AR-

TIGLIO. C. A. 9th Cir. Certiorari denied. Reported below: 254 F. 3d 1135 (first judgment); 13 Fed. Appx. 653 (second judgment).